| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALLA TENINA, ESQ., STATE BAR NO. 224767<br>TENINA LAW, INC.<br>6350 N. Laurel Canyon Ave., Ste. 307<br>North Hollywood, CA 91606<br><br>(213) 596-0265<br>(818) 301-2046 (fax)<br>alla@teninalaw.com<br><br><br><br>☒ *Attorney for Plaintiff(s):* Razmik Hakopian<br>☐ *Plaintiff(s) appearing without attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Razmik Hakopian<br><br>Debtor(s). | CASE NO.: 2:15-bk-22097-VZ<br><br>ADVERSARY NO.:<br><br>CHAPTER: 13 |
|---|---|
| Razmik Hakopian<br><br>Plaintiff(s),<br><br>vs.<br><br>Trinity Financial Services, LLC<br><br>Defendant(s). | **DEBTOR'S COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br>**[11 U.S.C. § 506(a),(d); FRBP 3012]**<br><br>TO BE FILED CONCURRENTLY WITH LBR FORM F 7004-1 SUMMONS AND NOTICE OF STATUS CONFERENCE AND FORM B-104 ADVERSARY PROCEEDING COVER SHEET |

**NAME OF CREDITOR HOLDING JUNIOR LIEN (Defendant):** Trinity Financial Services, LLC

**A.  Introduction:** This is an adversary proceeding brought by the Plaintiff, Razmik Hacopian, in order to determine the value of a claim secured by a lien on principal residence of Plaintiff which the estate has an interest, and to avoid the junior deed of trust, mortgage or other encumbrance (Lien) of Defendant, pursuant to 11 U.S.C. § 506.

**B.  Jurisdiction:** This adversary proceeding arises out of and is related to the above-captioned chapter 13 case now pending in United States Bankruptcy Court. The complaint involves a "core" proceeding pursuant to 28 U.S.C. § 157(b)(2). The court has jurisdiction in this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334; and General Order No. 266 of the United States District Court for the Central District of California.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                     Page 1                     **F 4003-2.5.JR.LIEN.COMPLAINT**

**C. Venue:**  Venue for this adversary proceeding is proper in this court pursuant to 28 U.S.C. § 1409(a).

**D. General Allegations:**

    **1. Property at Issue:**  Plaintiff owns real property (Property), which is the principal residence of Plaintiff, described below, encumbered by a lien held by Defendant:

        *Street Address*:  845 W. Kenneth Rd

        *Unit Number*: _____

        *City, State, Zip Code*:  Glendale, CA 91202

    Legal description or document recording number (*including county of recording*):
See Attached Exhibit "A"

☐ See attached page

    **2. Grounds for Avoidance of Junior Lien:**

        a. As of  07/31/2015  , the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the Plaintiff seeks to have treated as indicated:

            i.  US Bank National Association  in the amount of $ 751,734  :

            ii.  Trinity Financial Services, LLC  in the amount of $ 263,410
                ☒ is  ☐ is not to be avoided;

            iii.  _____  in the amount of $_____
                ☐ is  ☐ is not to be avoided;

                ☐ See attached page for additional lien(s).

        b. As of  07/10/2015  , Property is worth no more than $ 720,000.00  See Exhibit "B"  .

        c. As a result, Defendant's claim related to the Lien on the Property is ☒ wholly ☐ partially unsecured.

**E. Claim For Relief:**

    1. Pursuant to 11 U.S.C. § 506(a), Defendant's claim as of the date of filing is unsecured.

    2. Pursuant to 11 U.S.C. § 506(d) the Defendant's Lien may be avoided.

**F. Wherefore, Plaintiff prays for the following:**

    1. The Property is valued at no more than $ 720,000.00  .

    2. The Defendant's claim related to the Lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*           **Page 2**           **F 4003-2.5.JR.LIEN.COMPLAINT**

3.  The avoidance of Defendant's Lien is contingent upon ☒ Debtor's completion of the chapter 13 plan, or
    ☐ Debtor's receipt of a chapter 13 discharge.

4.  The Defendant shall retain its lien in the junior position for the full amount due under the corresponding note and
    lien in the event of either the dismissal of Debtor's chapter 13 case, the conversion of Debtor's chapter 13 case to
    any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to:
    ☒ Debtor's completion of the chapter 13 plan, or ☐ Debtor's receipt of a chapter 13 discharge.

5.  In the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and
    extinguishes Defendant's lien rights prior to: ☒ Debtor's completion of the chapter 13 plan, or ☐ Debtor's receipt
    of a chapter 13 discharge,

6.  ☐  See attached continuation page for additional provisions.


Date:  09/04/2015                                    Respectfully submitted,



                                                     _____
                                                     Signature of Plaintiff or attorney for Plaintiff


                                                     Alla Tenina
                                                     _____
                                                     *Printed name of Plaintiff or attorney for Plaintiff*

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                          Page 3                    **F 4003-2.5.JR.LIEN.COMPLAINT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 6350 Laurel Canyon Bl., Ste. 307, N. Hollywood, CA 91606

A true and correct copy of the foregoing document entitled: **DEBTOR'S COMPLAINT TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(a),(d); FRBP 3012]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/04/2015  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
   Henry D. Paloci, attorney for Trinity Financial Services, LLC, hpaloci@hotmail.com
   U.S. Trustee, ustpregion16.la.ecf@usdoj.gov
   Nancy K. Curry, Ch 13 Trustee

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/04/2015 | Alla Tenina | *(signature)* |
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

EXHIBIT "A"

# EXHIBIT "A"

All that certain real property situated in the City of Glendale, County of Los Angeles, State of California, described as follows:

That portion of Lot 4 of Tract No. 1576, in the City of Glendale, County of Los Angeles, State of California, as per Map recorded in Book 20, Page 44 inclusive of Maps, in the Office of the County Recorder of said County, described as follows:

Beginning at the Southeasterly corner of said Lot 4, running thence Westerly along the Southerly line thereof, 70 feet; thence Northerly parallel with the Easterly line of said Lot 145 feet; thence Easterly parallel with the Southerly line of said Lot, 70 feet, to the Easterly line of said Lot; thence Southerly along the Easterly line of said Lot, a distance of 145 feet to the point of beginning.


Assessor's Parcel Number:      **5629-015-007**

EXHIBIT "B"

File No.    1507-02
Case No.

# Residential Appraisal Report

The purpose of this appraisal report is to provide the client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | | | | | | |
|---|---|---|---|---|---|---|
| Property Address 845 W Kenneth Rd | | City Glendale | | State CA | Zip Code 91202 | |
| Owner Hakopian, Razmik | Intended User Hakopian, Razmik / Tenina Law | | County | | Los Angeles | |
| Legal Description TRACT NO 1576 SE 70 FT F SW 145 FT OF LOT 4 | | | | | | |
| Assessor's Parcel # 5629-015-007 | | | Tax Year 2014 | | R.E. Taxes $ 5,263.00 | |

Neighborhood Name Glendale     Map Reference 564/B1     Census Tract 3013.00

Occupant X Owner ☐ Tenant ☐ Vacant  Special Assessments $ 0     ☐ PUD  HOA $ ___ ☐ per year ☐ per month

Property Rights Appraised X Fee Simple ☐ Leasehold ☐ Other (describe)

Intended Use To establish current value for a legal dispute.

Client Hakopian, Razmik     Address 845 W Kenneth Rd, Glendale, Ca 91202

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes X No

Report data source(s) used, offerings price(s), and date(s). Realist, Local MLS

I ☐ did  X did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. This is an appraisal for a legal dispute and not for any federal financial institution loan.

Contract Price $ ___     Date of Contract ___     Is the property seller the owner of public record? X Yes ☐ No  Data Source(s) Realquest

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the purchaser? ☐ Yes ☐ No

If Yes, report the total dollar amount and describe the items to be paid. This is a refinance transaction only.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

| Neighborhood Characteristics | | One-Unit Housing Trends | | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location ☐ Urban X Suburban ☐ Rural | | Property Values ☐ Increasing X Stable ☐ Declining | | | | PRICE $ (000) | AGE (yrs) | One-Unit 80 % | |
| Built-Up X Over 75% ☐ 25-75% ☐ Under 25% | | Demand/Supply ☐ Shortage X In Balance ☐ Over Supply | | | | | | 2-4 Unit 05 % | |
| Growth ☐ Rapid X Stable ☐ Slow | | Marketing Time ☐ Under 3 mths X 3-6 mths ☐ Over 6 mths | | | | 550 Low 11 | | Multi-Family 05 % | |
| Neighborhood Boundaries North from San Fernando Road, South from Mountain Street, East from Western Avenue | | | | | | 1,700 High 112 | | Commercial 05 % | |
| and West from Brand Blvd. | | | | | | 900 Pred. 85 | | Other Misc 05 % | |

Neighborhood Description The subject is located in a mature, residential neighborhood consisting of single family, manufactured and mobile homes with commercial uses located along arterial streets. The subject is located near other support services such as schools, parks, shopping and employment centers. Access to the Freeway is approximately 1.50 miles.

Market Conditions (including support for the above conclusions) Published reports Published reports indicate that property values in this market have been stable due to low interest rates. Conventional/FHA/VA financing is typical in this market. Other financing concessions are minimal.

| | | | | | |
|---|---|---|---|---|---|
| Dimensions 70' x 145' | Area 10,191 sf | Shape Rectangular | | View Residential | |
| Specific Zoning Classification GLR1YY | | Zoning Description R-1 Residential | | | |
| Zoning Compliance X Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | | | | |

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? X Yes ☐ No If No, describe.

| Utilities  Public  Other (describe) | | | Public  Other (describe) | | Off-site Improvements—Type | | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity X | | Water X | | | Street Asphalt | | X | |
| Gas X | | Sanitary Sewer X | | | Alley None | | | |
| FEMA Special Flood Hazard Area ☐ Yes X No | | FEMA Flood Zone X | | FEMA Map # 06037C1345F | | FEMA Map Date 09/26/2008 | | |

Are the utilities and/or off-site improvements typical for the market area? X Yes ☐ No If No, describe.

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes X No If Yes, describe.

No adverse conditions or external factors noted at the time of the appraisal inspection.

| General Description | | Foundation | Exterior Description  materials/condition | | Interior  materials/condition | |
|---|---|---|---|---|---|---|
| Units X One ☐ One with Accessory Unit | | ☐ Concrete Slab X Crawl Space | Foundation Walls Concrete / Average | | Floors Wood-Carpet- Tile / Avg | |
| # of Stories 1.0 | | ☐ Full Basement ☐ Partial Basement | Exterior Walls Stucco / Average | | Walls Plaster / Average | |
| Type X Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area ___ sq. ft. | Roof Surface Clay Tile / Average | | Trim/Finish Wood / Average | |
| X Existing ☐ Proposed ☐ Under Const. | | Basement Finish ___ % | Gutters & Downspouts Metal / Average | | Bath Floor Tile / Average | |
| Design (Style) Spanish | | ☐ Outside Entry/Exit ☐ Sump Pump | Window Type Wood / Average | | Bath Wainscot Tile / Average | |
| Year Built 1923 | | Evidence of ☐ Infestation | Storm Sash/Insulated No / No | | Car Storage ☐ None | |
| Effective Age (Yrs) 45-50 | | ☐ Dampness ☐ Settlement | Screens Yes / Average | | X Driveway # of Cars 1 | |
| Attic ☐ None | | Heating X FWA ☐ HWBB ☐ Radiant | Amenities ☐ Woodstove(s) # | | Driveway Surface Concrete-Brick | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other Fuel Gas | X Fireplace(s) # Dbl X Fence Perimeter | | X Garage # of Cars 2 | |
| ☐ Floor X Scuttle | | Cooling X Central Air Conditioning | X Patio/Deck Conc X Porch Covered | | ☐ Carport # of Cars | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | ☐ Pool ☐ Other | | ☐ Att. X Det. ☐ Built-in | |

Appliances X Refrigerator X Range/Oven X Dishwasher X Disposal ☐ Microwave X Washer/Dryer ☐ Other (describe)

Finished area **above** grade contains: 6 Rooms 3 Bedrooms 2.00 Bath(s) 1,494 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.) Solar assist panels and the associated hardware is installed and there was no special energy efficient items observed. All additional features are typical for the area.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.). The subject property is in above average foe the age of the house. There has been many upgrades such as

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes X No If Yes, describe

No physical deficiencies or adverse conditions noted at the time of the appraisal inspection.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? X Yes ☐ No If No, describe

File No.    1507-02
Case No.

## Residential Appraisal Report

| | | | |
|---|---|---|---|
| There are | 6 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 699,000 to $ 819,000 . | |
| There are | 29 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 440,000 to $ 850,000 . | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 845 W Kenneth Rd | 1239 Sonora Ave | | 1412 Cleveland Rd | | 1235 Glenwood Rd | |
| | Glendale, CA 91202 | Glendale, CA 91201 | | Glendale, CA 91201 | | Glendale, CA 91202 | |
| Proximity to Subject | | 0.48 miles W | | 0.22 miles SW | | 0.46 miles SW | |
| Sale Price | $ | $ 735,000 | | $ 765,000 | | $ 720,000 | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 478.20 sq. ft. | | $ 516.19 sq. ft. | | $ 488.47 sq. ft. | |
| Data Source(s) | Inspection | MLS# 315002209 / DOM 20 | | MLS# BB15066941 / DOM 6 | | MLS# 315003043 / DOM 22 | |
| Verification Source(s) | | MLS/RealQuest | | MLS/RealQuest | | MLS/RealQuest | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | Doc# 758357 / RealQuest | | Doc# 567655 / RealQuest | | Doc# 556571 / RealQuest | |
| Concessions | None | Conventional | | Conventional | | Conventional | |
| | | None | | None | | None | |
| Date of Sale/Time | N/A | 06/25/2015 | | 05/15/2015 | | 05/13/2015 | |
| Location | Average Residential | Average Residential | | Average Residential | | Average Residential | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10,191 sf | 7473 sf | +2,718 | 9,403 | 0 | 6,222 | +3,969 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Spanish | Ranch | | Ranch | | Ranch | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 92 | 88 | 0 | 76 | +3,200 | 104 | 0 |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6   3   2.00 | 6   3   2.00 | 0 | 6   3   2.00 | 0 | 6   3   2.00 | 0 |
| Gross Living Area | 1,494 sq. ft. | 1,537 sq. ft. | 0 | 1,482 sq. ft. | 0 | 1,474 sq. ft. | 0 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA / Central | FWA / Central | | FWA / Central | | FWA / Central | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | None Noted | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Porch / Patio | Porch / Patio | | Porch / Patio | | Porch / Patio | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | X + - | $ 2,718 | X + - | $ 3,200 | X + - | $ 3,969 |
| Adjusted Sale Price | | Net Adj. 0% | | Net Adj. 0% | | Net Adj. 1% | |
| of Comparables | | Gross Adj. 0% $ 737,718 | | Gross Adj. 0% $ 768,200 | | Gross Adj. 1% $ 723,969 | |

I  X did  did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research  did  X did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) Realist, Realquest
My research  did  X did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) Realist, Realquest
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/24/2000 | 01/17/2013 | 06/19/2007 | 09/28/2012 |
| Price of Prior Sale/Transfer | 368,000 | 589,000 | 0 | 580,000 |
| Data Source(s) | Realquest | Realquest | Realquest | Realquest |
| Effective Date of Data Source(s) | 07/10/2015 | 07/10/2015 | 07/10/2015 | 07/10/2015 |

Analysis of prior sale or transfer history of the subject property and comparable sales  Per MLS data, the subject has not been sold / transferred within the past 12 months.
None of the comparable sales have sold or transferred within the prior 12 months per MLS.

Summary of Sales Comparison Approach   Equal weight is given to the closed comparables as shares features with the subject that one or more of the other comparables do not.  All of the comparable sales were derived from within the subject's competitive market area and appeared to be the most representative of the subject property as of the effective date of value.  Each of these is taken into account when determining the final value estimate of the subject.

Indicated Value by Sales Comparison Approach $   720,000
Indicated Value by: Sales Comparison Approach $   720,000   Cost Approach (if developed) $   657,424   Income Approach (if developed) $   N/A

This appraisal is made  X "as is,"   subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or   subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$   720,000 , as of   07/10/2015 .

NL - Residential 5/2007    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

File No.   1507-02
Case No.

## Residential Appraisal Report

APPRAISAL COMMENTS

"In compliance with the Ethics Rule of USPAP, I hereby certify that this appraiser has not performed any services regarding the subject property within the 3 year time period immediately preceding acceptance of this assignment, as an appraiser or in any other capacity."

"At the time of inspection, the kitchen was functional meaning the kitchen cabinets were installed, stove and sink were working. In addition, the property was habitable and all mechanical equipment, water heater strapped, carbon monoxide and smoke detectors, plumbing, gas, electrical were functional and in working condition".

Exposure Time: The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of an appraisal; a retrospective opinion based on an analysis of past events assuming a competitive and open market. The appraiser has determined that the property would have to be exposed for 30 to 90 days on the open market in order to have a market value of $X X X X on the effective date of this appraisal.

No adjustments were given to differentiate design style homes, as it could not be abstracted from this particular market.

Comparables were found to have different property characteristics in two or more data sources, as noted. The local MLS information were used, where applicable, in place of NDC Data county assessor's records as they are considered to reflect more up-to-date information.

Tenina Law firm has been named as an intended user of this appraisal report.

### COST APPROACH TO VALUE (if applicable)

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)   Within the Scope of Work necessary for the appraiser to form a final opinion of value for the subject property, noting its Highest and Best Use as Improved, the Cost Approach was not considered relevant.

| ESTIMATED | REPRODUCTION OR | X | REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 500,000 |
|---|---|---|---|---|---|---|---|---|
| Source of cost data  Building-Cost.Net | | | | Dwelling   1,494 | Sq. Ft. @ $  161.05 | | =$ | 240,609 |
| Quality rating from cost service   C-4    Effective date of cost data  07/10/2015 | | | | | Sq. Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | Garage/Carport   324 | Sq. Ft. @ $  60.00 | | =$ | 19,440 |
| Cost and depreciation estimates were derived from Building Cost.net residential | | | | Total Estimate of Cost-new | | | =$ | 260,049 |
| cost calculator.  Depreciation estimate was based on a 100 year total life.  The | | | | Depreciation  132,625 | 0 | 0 | =$ ( | 132,625 ) |
| estimated land to value ratio exceeding 30% is typical in this market.  Land value | | | | Less   Physical  51  Functional  0  External  0% | | | | |
| was derived via the abstraction method.  The site value is weakened by the lack | | | | Depreciated Cost of Improvements | | | =$ | 127,424 |
| of recent land sales. | | | | "As-is" Value of Site Improvements | | | =$ | 30,000 |
| Estimated Remaining Economic Life (HUD and VA only)   40-50   Years | | | | Indicated Value By Cost Approach | | | =$ | 657,424 |

### INCOME APPROACH TO VALUE (if applicable)

| Estimated Monthly Market Rent $   N/A   X Gross Multiplier | =$   N/A | Indicated Value by Income Approach |
|---|---|---|

Summary of Income Approach (including support for market rent and GRM)  N/A

### PROJECT INFORMATION FOR PUDs (if applicable)

| Is the developer/builder in control of the Homeowner's Association (HOA)? | Yes | No   Unit type(s) | Detached | Attached |
|---|---|---|---|---|

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project  N/A

| Total number of phases   N/A | Total number of units   N/A | Total number of units sold   N/A |
|---|---|---|
| Total number of units rented   N/A | Total number of units for sale   N/A | Data source(s)  N/A |

| Was the project created by the conversion of existing building(s) into a PUD? | Yes | No  If Yes, date of conversion.  N/A |
|---|---|---|

| Does the project contain any multi-dwelling units? | Yes | No  Data source.  N/A |
|---|---|---|

| Are the units, common elements, and recreation facilities complete? | Yes | No  If No, describe the status of completion.  N/A |
|---|---|---|

| Are the common elements leased to or by the Homeowner's Association? | Yes | No   If Yes, describe the rental terms and options.  N/A |
|---|---|---|

Describe common elements and recreational facilities.  N/A

NL - Residential 5/2007

SKETCH ADDENDUM

| | | | | |
|---|---|---|---|---|
| Borrower | Hakopian, Razmik | | | |
| Property Address | 845 W Kenneth Rd | | | |
| City Glendale | County | Los Angeles | State CA | Zip Code 91202 |
| Lender/Client | Hakopian, Razmik | Address | 845 W Kenneth Rd, Glendale, Ca 91202 | |

File No. 1507-02
Case No.



Comments:

| AREA CALCULATIONS SUMMARY | | |
|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 1494.00 | 1494.00 |
| GAR | Garage | 324.00 | 324.00 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| | 39.0 x 9.0 | 351.00 |
| | 6.0 x 9.0 | 54.00 |
| | 4.0 x 13.0 | 52.00 |
| | 41.0 x 13.0 | 533.00 |
| | 10.0 x 39.0 | 390.00 |
| 0.5 x | 4.0 x 3.0 | 6.00 |
| | 3.0 x 27.0 | 81.00 |
| | 7.0 x 3.0 | 21.00 |
| 0.5 x | 3.0 x 4.0 | 6.00 |

| | | | | |
|---|---|---|---|---|
| Net LIVABLE Area | (rounded) | 1494 | 9 Items | (rounded) | 1494 |

SKETCH ADDENDUM
First Choice Appraisal Inc.

File No.   1507-02
Case No.

| Borrower | Hakopian, Razmik | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 845 W Kenneth Rd | | | | | | |
| City  Glendale | | County | Los Angeles | State | CA | Zip Code | 91202 |
| Lender/Client | Hakopian, Razmik | | Address  845 W Kenneth Rd, Glendale, Ca 91202 | | | | |



| First Floor | | | | | GLA1 |
|---|---|---|---|---|---|
| | 39.0 | x | 9.0 | = | 351.00 |
| | 6.0 | x | 9.0 | = | 54.00 |
| | 4.0 | x | 13.0 | = | 52.00 |
| | 41.0 | x | 13.0 | = | 533.00 |
| | 10.0 | x | 39.0 | = | 390.00 |
| 0.5 x | 4.0 | x | 3.0 | = | 6.00 |
| | 3.0 | x | 27.0 | = | 81.00 |
| | 7.0 | x | 3.0 | = | 21.00 |
| 0.5 x | 3.0 | x | 4.0 | = | 6.00 |

Area total (rounded)  =   1494

| Garage | | | | GAR |
|---|---|---|---|---|
| 18.0 | x | 18.0 | = | 324.00 |

Area total (rounded)  =   324

First Choice Appraisal
**PLAT MAP**

File No.   1507-02
Case No.

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Hakopian, Razmik | | | | |
| Property Address | 845 W Kenneth Rd | | | | |
| City Glendale | | County | Los Angeles | State CA | Zip Code 91202 |
| Lender/Client | Hakopian, Razmik | | Address 845 W Kenneth Rd, Glendale, Ca 91202 | | |



LOCATION MAP ADDENDUM

File No.    1507-02
Case No.

| Borrower | Hakopian, Razmik | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 845 W Kenneth Rd | | | | | | |
| City  Glendale | | County | Los Angeles | State | CA | Zip Code | 91202 |
| Lender/Client | Hakopian, Razmik | | Address | 845 W Kenneth Rd, Glendale, Ca 91202 | | | |



Top Choice Appraisal

EXTRA COMPARABLES 4-5-6

File No.    1507-02
Case No.

| | | |
|---|---|---|
| Borrower | Hakopian, Razmik | |
| Property Address | 845 W Kenneth Rd | |
| City  Glendale | County  Los Angeles | State  CA    Zip Code  91202 |
| Lender/Client | Hakopian, Razmik | Address  845 W Kenneth Rd, Glendale, Ca 91202 |

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 845 W Kenneth Rd | 1404 Linden Ave | | 1111 Glenwood Rd | | | |
| | Glendale, CA 91202 | Glendale, CA 91202 | | Glendale, CA 91202 | | | |
| Proximity to Subject | | 1.02 miles NW | | 0.39 miles SW | | | |
| Sale Price | $ | $ 710,000 | | $ 700,000 | | $ | |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 504.62 sq. ft. | | $ 413.96 sq. ft. | | $ sq. ft. | |
| Data Source(s) | Inspection | MLS# 315001188 / DOM 20 | | MLS# MB 14123566 / DOM 2 | | | |
| Verification Source(s) | MLS/RealQuest | Doc# 307251 / RealQuest | | Doc# 283353 / RealQuest | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | N/A | FHA | | Conventional | | | |
| Concessions | None | None | | None | | | |
| Date of Sale/Time | N/A | 03/23/2015 | | 03/17/2015 | | | |
| Location | Average Residential | Average Residential | | Average Residential | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 10,191 sf | 5,416 | +4,775 | 8,797 | +1,394 | | |
| View | Residential | Residential | | Residential | | | |
| Design (Style) | Spanish | Spanish | | Ranch | 0 | | |
| Quality of Construction | Average | Average | | Average | | | |
| Actual Age | 92 | 88 | 0 | 75 | 0 | | |
| Condition | Average | Average | | Average | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | 0 | Total Bdrms. Baths | 0 | Total Bdrms. Baths | |
| Room Count | 6  3  2.00 | 6  3  1.50 | +5,000 | 6  3  2.00 | | | |
| Gross Living Area | 1,494 sq. ft. | 1,407 sq. ft. | 0 | 1,691 sq. ft. | -6,895 | sq. ft. | |
| Basement & Finished | None | None | | None | | | |
| Rooms Below Grade | None | None | | None | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | FWA / Central | FWA / None | +8,000 | FWA / Central | | | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | | |
| Garage/Carport | 2 Car Garage | 2 Car Garage | 0 | 2 Car Garage | 0 | | |
| Porch/Patio/Deck | Porch / Patio | Porch / Patio | | Porch / Patio | | | |
| | | | | | | | |
| | | | | | | | |
| Net Adjustment (Total) | | X + - | $ 17,775 | + X - | $ -5,501 | + - | $ 0 |
| Adjusted Sale Price | | Net Adj: 3% | | Net Adj: -1% | | Net Adj: 0% | |
| of Comparables | | Gross Adj: 3% | $ 727,775 | Gross Adj: 1% | $ 694,499 | Gross Adj: 0% | $ 0 |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 03/24/2000 | 07/23/2009 | 08/30/2005 | |
| Price of Prior Sale/Transfer | 368,000 | $590,000 | $849,000 | |
| Data Source(s) | Realquest | Realquest | Realquest | |
| Effective Date of Data Source(s) | 07/10/2015 | 07/10/2015 | 07/10/2015 | |

Analysis of prior sale or transfer history of the subject property and comparable sales  None of the comparable sales have sold or transferred within the prior 12 months
per MLS.

Summary of Sales Comparison Approach  The comparable sales presented within this report are considered the best available to the appraiser at this time for
comparison to the subject.  Equal weight is given to the closed comparables as shares features with the subject that one or more of the other comparables do not.

SUBJECT PHOTO ADDENDUM

File No.    1507-02
Case No.

| Property Address | 845 W Kenneth Rd | | | | | | |
|---|---|---|---|---|---|---|---|
| City  Glendale | | County | Los Angeles | State | CA | Zip Code | 91202 |



**FRONT OF
SUBJECT PROPERTY**
845 W Kenneth Rd
Glendale, CA 91202



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

File No.    1507-02
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Hakopian, Razmik | | | | | |
| Property Address | 845 W Kenneth Rd | | | | | |
| City | Glendale | County | Los Angeles | State | CA | Zip Code | 91202 |
| Lender/Client | Hakopian, Razmik | | | Address | 845 W Kenneth Rd, Glendale, Ca 91202 | |



Entry



Living Room



Kitchen



Eating Area



Dining Area



Bedroom

The Office Appraisal

File No.   1507-02
Case No.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | Hakoplan, Razmik | | | | | | |
| Property Address | 845 W Kenneth Rd | | | | | | |
| City | Glendale | County | | Los Angeles | State | CA | Zip Code 91202 |
| Lender/Client | Hakoplan, Razmik | | Address | 845 W Kenneth Rd, Glendale, Ca 91202 | | | |



Bedroom



Bedroom



Bath



Bath



Water Heater



Smoke / CO 2

The Choice Appraisal

File No.    1507-02
Case No.

| Borrower | Hakopian, Razmik | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 845 W Kenneth Rd | | | | | | |
| City   Glendale | | County | Los Angeles | State | CA | Zip Code | 91202 |
| Lender/Client | Hakopian, Razmik | | | Address   845 W Kenneth Rd, Glendale, Ca 91202 | | | |



Solar Panel



Alternate Street View



Side



Side



Side



Side

Two Office Appraisal

File No.    1507-02

Case No.

| Borrower | Hakopian, Razmik | | | | | | |
| Property Address | 845 W Kenneth Rd | | | | | | |
| City | Glendale | County | Los Angeles | State | CA | Zip Code | 91202 |
| Lender/Client | Hakopian, Razmik | | Address | 845 W Kenneth Rd, Glendale, Ca 91202 | | | |



Garage







COMPARABLES 1-2-3

File No.    1507-02
Case No.

| Property Address | 845 W Kenneth Rd | | | | | | |
|---|---|---|---|---|---|---|---|
| City  Glendale | | County | Los Angeles | State | CA | Zip Code | 91202 |



**COMPARABLE SALE #**    1
1239 Sonora Ave
Glendale, CA 91201



**COMPARABLE SALE #**    2
1412 Cleveland Rd
Glendale, CA 91202



**COMPARABLE SALE #**    3
1235 Glenwood Rd
Glendale, CA 91202

The Choice Appraisal
COMPARABLES 4-5-6

File No.    1507-02
Case No.

| Property Address | 845 W Kenneth Rd | | | | | | |
|---|---|---|---|---|---|---|---|
| City  Glendale | | County | Los Angeles | State | CA | Zip Code | 91202 |



**COMPARABLE SALE #**    4
1404 Linden Ave
Glendale, CA 91202



**COMPARABLE SALE #**    5
1111 Glenwood Rd
Glendale, CA 91202

**COMPARABLE SALE #**    6

FLOOD MAP ADDENDUM

File No.  1507-02

Case No.

| Borrower | Hakopian, Razmik | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 845 W Kenneth Rd | | | | | | |
| City  Glendale | | County | Los Angeles | State | CA | Zip Code | 91202 |
| Lender/Client | Hakopian, Razmik | | Address | 845 W Kenneth Rd, Glendale, Ca 91202 | | | |



**Flood Map Legend**

**Flood Zones**

- Areas inundated by 500-year flooding
- Areas outside of the 100 and 500 year plains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazard
- Areas not mapped on any published

**Flood Zone Determination**

SFHA (Flood Zone)**Out**
Within 250 ft. of multiple flood zones?
Community**065030**
Community Name**GLENDALE, CITY OF**
Zone**X**    Panel**065030 1345F**    Panel Date**09/26/2008**
FIPS Code**06037**    Census Tract**3013.00**

This Report is for the sole benefit of the Customer that orders Report and is based on the property information provided by That Customer's use of this Report is subject to the terms a Customer when ordering this product. No third party is auth relies on this Report for any purpose. THE SELLER OF THIS RE NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT ACCURACY OR COMPLETENESS THIS REPORT INCLUDING ANY WARRANTY OF MERCHANTA FITNESS FOR A PARTICULAR PURPOSE  The seller of this Re not have any liability to any third party for any use or misuse

| Client: | Hakopian, Razmik | Client File #: | |
| Subject Property: | 845 W Kenneth Rd, Glendale, CA 91202 | Appraisal File #: | 1507-02 |

## ASSIGNMENT PARAMETERS

Client (sole intended user): Hakopian, Razmik

Intended Use: To determine value for a legal dispute.

*This report is restricted for the use of the client only. There are no other intended users. The client must clearly understand that the appraiser's opinions and conclusions may not be understood properly without additional information in the appraiser's work file.*

Type of Value: Market Value                                    Effective Date of Value: 07/10/2015

Interest Appraised: [ X ] Fee Simple    [ ] Leasehold    [ ] Other

**Hypothetical Conditions:** (A hypothetical condition is that which is contrary to what exists, but is asserted by the appraiser for the purpose of analysis. Any hypothetical condition may affect the assignment results.)  N/A

**Extraordinary Assumptions:** (An extraordinary assumption is directly related to a specific assignment and presumes uncertain information to be factual. If found to be false the assumption could alter the appraiser's opinions or conclusions. Any extraordinary assumption may affect the assignment results.)  N/A

In accordance with Standard Rule 2-2(b) of the Uniform Standard of Professional Appraisal Practice (USPAP), this is a restricted appraisal report.

## SCOPE OF WORK

**Definition: The scope of work is the type and extent of research and analysis in an assignment. Scope of work includes the extent to which the property is identified, the extent to which tangible property is inspected, the type and extent of data research, and the type and extent of analysis applied to arrive at credible opinions or conclusions. The specific scope of work for this assignment is identified below and throughout this report.**

| Scope of Subject Property Inspection/Data Sources Utilized | Approaches to Value Developed |
|---|---|
| **Appraiser** | **Cost Approach** |
| Property Inspection [ X ] Yes  [ ] No | [ ] Is necessary for credible results and is developed in this analysis |
| Date of Inspection:  07/10/2015 | [ ] Is not necessary for credible results; not developed in this analysis |
| Describe Scope of Property Inspection, Source of Area Calculations | [ X ] Is not necessary for credible results but is developed in this analysis |
| and Data Sources Consulted:   Complete visual inspection of interior and exterior | |
| of subject with pohotos.  The client states that Tenina Law firm is to be | **Sales Comparison Approach** |
| considered as an intended user of this report. | [ X ] Is necessary for credible results and is developed in this analysis |
| | [ ] Is necessary for credible results; not developed in this analysis |
| | [ ] Is not necessary for credible results but is developed in this analysis |
| **Co-Appraiser** | |
| Property Inspection: [ ] Yes  [ ] No | **Income Approach** |
| Date of Inspection: | [ ] Is necessary for credible results and is developed in this analysis |
| Describe Scope of Property Inspection, Source of Area Calculations | [ X ] Is not necessary for credible results; not developed in this analysis |
| and Data Sources Consulted: | [ ] Is not necessary for credible results but is developed in this analysis |

Additional Scope of Work Comments:

Significant Real Property Appraisal Assistance:    [ ] None    [ ] Disclose Name(s) and contribution:

* NOTICE: The Appraisal Institute publishes this form for use by appraisers where the appraiser deems use of the form appropriate. Depending on the assignment, the appraiser may need to provide additional data, analysis and work product not called for in this form. The Appraisal Institute plays no role in completing the form and disclaims any responsibility for the data, analysis or any other work product provided by the individual appraiser(s) in the specific contents of the AI Reportsᵃ. AI Reportsᵃ AI-200.04 Summary Appraisal Report -Land © Appraisal Institute 2013, All Rights Reserved

January 2013

Page   17   of   19

**Appraiser License Certificate**

File No.    1507-02

Case No.



FORM B104 (08/07)                                                                                    2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFFS<br>Razmik Hakopian | DEFENDANTS<br>Trinity Financial Services, LLC |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.)<br>Alla Tenina, 6350 Laurel Cny Bl., Ste. 307, N. Hollywood, CA 91606<br>(213) 596-0265 | ATTORNEYS (If Known)<br>Henry D. Paloci III<br>2800 Camino dos Rios #101A, Newbury park, CA 91320<br>(805) 498-5500 |
| PARTY (Check One Box Only)<br>☑ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | PARTY (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☑ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☒ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ |

Other Relief Sought
11 USC 506(A) & (D)

FORM B104 (08/07), page 2                                                              2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |
|---|

| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
|---|---|
| Razmik Hakopian | 2:15-bk-22097 |

| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| Central District of California | Los Angeles | Hon. Vincent P. Zurzolo |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
|---|---|---|
| **PLAINTIFF** | **DEFENDANT** | **ADVERSARY PROCEEDING NO.** |
| | | |

| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
|---|---|---|
| | | |

| SIGNATURE OF ATTORNEY (OR PLAINTIFF) |
|---|
| |

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
|---|---|
| 9/4/15 | Alla Tenina |

# INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ALLA TENINA, ESQ., STATE BAR NO. 224767<br>TENINA LAW, INC.<br>6350 N. Laurel Canyon Ave., Ste. 307<br>North Hollywood, CA 91606<br><br>(213) 596-0265<br>(818) 301-2046 (fax)<br>alla@teninalaw.com<br><br><br><br>_Attorney for Plaintiff_ | |

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>Razmik Hakopian<br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-22097-VZ<br><br>CHAPTER: 13<br><br>ADVERSARY NUMBER: |
|---|---|
| Razmik Hakopian<br><br><br>Plaintiff(s)<br>Versus<br><br>Trinity Financial Services, LLC<br><br><br><br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING  [LBR 7004-1]** |

TO THE DEFENDANT:  A Complaint has been filed by the Plaintiff against you.  If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint.  You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page.  The deadline to file and serve a written response is _____.  If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| **Hearing Date:** _____ | **Place:** |
|---|---|
| **Time:** _____ | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| **Courtroom:** _____ | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 93101 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_June 2012_                                Page 1                                **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.**  All parties must read and comply with the rule, even if you are representing yourself.  You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference.  A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS. REPORT.ATTACH).  If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference.  **The court may fine you or impose other sanctions if you do not file a status report.  The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL**
**CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                     Page 2                          **F 7004-1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:



☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.



☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.



☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____      _____
*Date*              *Printed Name*                                 *Signature*


This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 3                      **F 7004-1.SUMMONS.ADV.PROC**